# IN THE SUPREME COURT OF THE STATE OF NEVADA

LISA WILLIAMS, AN INDIVIDUAL; AMBER KLINE, AN INDIVIDUAL; LAWRENCE PARSONS, AN INDIVIDUAL; HANNAH SAFFORD, AN INDIVIDUAL; AND DYLAN LEACH, AN INDIVIDUAL, ALL ON BEHALF OF THEMSELVES AND ALL SIMILARLY-SITUATED INDIVIDUALS,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JEROME T. TAO, DISTRICT JUDGE,
Respondents,
    and
CLAIM JUMPER ACQUISITION COMPANY, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Real Party in Interest.

No. 66629

**FILED**

OCT 27 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION[1]*

This case comes before the court on an original petition for a writ of mandamus or prohibition directing the district court to reverse its order granting partial summary judgment for the employer in a class

_____

[1]The Honorable Nancy M. Saitta, Justice, having retired, this matter was decided by a six-justice court.

16-33661

action alleging violation of the Minimum Wage Amendment (MWA) to the Nevada Constitution. *See* Nev. Const. art. 15, § 16. Normally, this court will not entertain writ petitions seeking to interdict interlocutory district court orders granting or denying partial summary judgment. *See Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997). While this court has, on occasion, departed from this rule, the broad legal question petitioners present to justify extraordinary writ relief—whether the two-year statute of limitations in NRS 608.260 applies to MWA claims—has been addressed by this court in *Perry v. Terrible Herbst, Inc.*, 132 Nev., Adv. Op. ___, ___ P.3d ___ (2016), filed concurrently. There thus does not appear a basis for us to intercede by extraordinary writ. *See State v. Eighth Judicial Dist. Court*, 118 Nev. 140, 146, 42 P.3d 233, 237 (2002) (a writ of prohibition or mandamus represents "an extraordinary remedy that will only issue at the discretion of this court"). Accordingly, we

ORDER the petition DENIED.


_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

cc: Eighth Judicial District Court Dept. 20
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP/Las Vegas
Jackson Lewis P.C.
Littler Mendelson/Las Vegas
Hejmanowski & McCrea LLC
Eighth District Court Clerk